**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAROLIN J. CAMPBELL,

        CASE NO. 06-CV-15513

    Plaintiff,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

ANGELA HOSPICE HOME        DONALD A. SCHEER
HEALTH CARE, Inc.,        UNITED STATES MAGISTRATE JUDGE

    Defendant.
_____/

# ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT'S RENEWED MOTION TO DISMISS

Before the Court is the Magistrate Judge's November 28, 2007 Report and Recommendation granting Defendant's Renewed Motion to Dismiss. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 18); and

    (2)    **GRANTS** Defendant's Renewed Motion to Dismiss (Doc. No. 15).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: December 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 27, 2007.

                                              s/Denise Goodine
                                              Case Manager